UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No.        (DCM) |
| | : | 2:13 cr 268 - 1 |
| JOSE CARDENAS, | : | |
| a/k/a "Gordo" | : | UNDER SEAL |
| | : | |
| Defendant. | : | |
| _____ / | : | |

## ORDER

This matter having come before the Court on the motion of the United States Attorney for the District of New Jersey (by Mary E. Toscano, Assistant United States Attorney), to seal the Information in the above-captioned matter, as well as all other pleadings, proceedings, records and files in this case, including the instant Motion to Seal, and to delay entry on the public docket of this Motion to Seal and all related matters, and for good cause shown,

IT IS on this 5 day of March 2013,

ORDERED that:

(a) for the reasons set forth in the Motion to Seal, specifically the likelihood of imminent danger to the safety of the defendant, the defendant's family, and other persons, as well as the substantial likelihood that the ongoing investigation will be seriously jeopardized;

(b) finding that the requested closure is no broader than necessary; and

(c) having considered alternatives to closure but finding none;

the Information, as well as all other pleadings, proceedings, records and files in this case, including the instant Motion to Seal, shall be sealed, and delay entry on the public docket of this Motion to Seal and all related matters pending further order of the Court.

HON. DENNIS M. CAVANAUGH
United States District Judge