UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES of AMERICA | | O R D E R |
| | : | |
| v. | : | Case No.  2:13cr368-1(DMC) |
| JOSE CARDENAS | : | |

This matter having come before the Court on a Report and Recommendation of Honorable Mark Falk, United States Magistrate Judge, to accept the guilty plea of the defendant to count 1 of the Information entered by the defendant on 17 April 2013; and

The court having reviewed same; and

For good cause shown;

It is on this 29th day of April 2013  ORDERED that the Report and Recommendation of Magistrate Judge Falk entered on April 17, 2013 is **adopted** and the defendant is to be found guilty as to count 1 of the Information.

s/DENNIS M. CAVANAUGH
DENNIS M. CAVANAUGH, U.S.D.J.